The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GAME AND TECHNOLOGY CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION, <br><br> Defendant. | No. 2:16-cv-01382-JLR <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND FEES** |

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and among plaintiff Game and Technology Co., Ltd. and defendant Valve Corporation, by and through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, (i) all claims asserted in the above-captioned action by plaintiff against defendant are hereby dismissed with prejudice, and (ii) all counterclaims asserted by defendant against plaintiff are hereby dismissed as moot.

**IT IS FURTHER STIPULATED AND AGREED** that the parties each shall bear their own respective costs and attorneys' fees.

STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT
COSTS AND FEES - (No. 16-01382-RSL) -1
63478.00054
110816/0841/63478.00054

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

| | | |
|---|---|---|
| 1 | STIPULATED and AGREED this 8th day of November, 2016. | |
| 2 | RIDDELL WILLIAMS P.S. | ZITO TLP |
| 3 | | |
| 4 | | |
| 5 | By  /s/ Gavin W. Skok<br>Gavin W. Skok, WSBA #29766 | By  /s/ Joseph Jude Zito<br>Joseph Jude Zito, *Admitted Pro Hac Vice* |

STIPULATED and AGREED this 8th day of November, 2016.

RIDDELL WILLIAMS P.S.                    ZITO TLP

By  */s/ Gavin W. Skok*
Gavin W. Skok, WSBA #29766
Shata L. Stucky, WSBA #39963
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154
Phone: 206-624-3600
Fax: 206-389-1708
Email: gskok@riddellwilliams.com
sstucky@riddellwilliams.com

Brian C. Nash, *Admitted Pro Hac Vice*
Edward A. Cavazos, *Admitted Pro Hac Vice*
PILLSBURY WINTHROP SHAW PITTMAN LLP
401 Congress Avenue, Ste. 1700
Austin, TX 78701
Phone: 512-580-9629
Fax: 512-580-9601
Email: brian.nash@pillsburylaw.com
ed.cavazos@pillsburylaw.com

*Attorneys for Defendant and Counter-Claimant, Valve Corporation*

By  */s/ Joseph Jude Zito*
Joseph Jude Zito, *Admitted Pro Hac Vice*
Luiz Oliveira, *Admitted Pro Hac Vice*
1250 Connecticut Ave, NW, Ste. 200
Washington, DC 20036
Phone: 202-466-3500
Fax: 301-576-3531
Email: jzito@dnlzito.com

David H. Tseng
Paul T. Meiklejohn
DORSEY & WHITNEY
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Phone: 206-903-8891
Email: tseng.david@dorsey.com
meiklejohn.paul@dorsey.com

*Attorneys for Plaintiff/Counter-Defendant Game and Technology Co. Ltd.*

STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND FEES- (No. 16-01382-RSL) -2
4836-3608-9404.01
110816/0841/63478.00054

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington  98154-1192
206.624.3600